CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com
Attorneys for Plaintiff

Ronald S. Katz, SBN 35996
rsk@katzshapirolaw.com
KATZ & SHAPIRO A LAW CORPORATION
433 N. Camden Drive Suite 400
Beverly Hills, CA 90210
Telephone : 310-285-1584
Facsimile_ 310-285-1587
Attorneys for Defendant
19408 Norwalk Blvd, LLC

Tina M. Alleguez (CA SBN 136562)
tina@anlawllp.com
ALLEGUEZ & NEWMAN, LLP
21860 Burbank Blvd., Suite 360
Woodland Hills, California 91367
Telephone: 818.225.0056
Facsimile: 818.225.0057
Attorneys for Defendant
Jimenez Tech Inc.

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR,<br><br>Plaintiff,<br>v.<br><br>19408 NORWALK BLVD, LLC, a California Limited Liability Company;<br>JIMENEZ TECH INC., a California Corporation; and Does 1-10,<br><br>Defendants, | Case: 2:18-CV-07317-JFW-AGR<br><br>**ORDER OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

1

The Court, having considered the Joint Stipulation for Dismissal pursuant to F.R.CIV.P.41 (a)(1)(A)(ii) jointly filed by the parties, finds that this action shall be dismissed with prejudice. Each party to bear his/her/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 6, 2018

_____
HONORABLE JOHN F. WALTER